# St. Mary's Personnel Policy

**Section 4001:**

"<u>Disciplinary Action</u>: An action taken against an employee for just cause and which may range from a verbal reprimand up to and including termination."

**Section 3515(b):**

(b) <u>Termination of Non-Probationary Employees</u>.
(1) <u>Processing.</u> All requests for dismissal shall be processed by the Director of Human Resources.
(2) <u>Coordination and Approval</u>. All termination actions must be reviewed and approved by the Director of Human Resources, the County Attorney and the County Administrator prior to notification to the employee.
(3) <u>Notice.</u> The supervisor must give the employee five working days advance written notice of the proposed termination. The notice must state:
  - The effective date of the termination;
  - The reason(s) for the termination; and
  - The employee's appeal rights under the grievance procedures as prescribed in Chapter 37. (The termination action will not be held in abeyance pending action by the employee under the grievance procedures).
(4) <u>Status during notice period.</u> The employee may be kept in an active pay status during the notice period, may be carried on appropriate leave or, if deemed appropriate, the employee may be suspended, without pay, during the notice period.

**Section 3712:**

<u>Appeal.</u> In the event the action of the Grievance Review Board does not satisfy the employee, an appeal of the findings of the Grievance Review Board may be made to the Commissioners of St. Mary's County within five (5) working days of the date of the decision of the Grievance Review Board. Such appeals must be made in writing through the Department of Human Resources to the Commissioners of St. Mary's County, which shall review the record of the case and may, at its discretion, meet with any employee to hear any further evidence. The Commissioners of St. Mary's County shall notify the employee in writing of its findings, which shall be final and binding.

**Section 3502:**

<u>Applicability.</u> The provisions of this chapter shall apply to all full time and part time employees, except hourly or appointed employees

(b) <u>Non-probationary employees.</u> Disciplinary situations involving employees who have completed their initial probationary period should normally be dealt with by progressive discipline. Consistently applied progressive discipline shall assure equitable treatment and

**Exhibit A**

encourage acceptable performance. However, serious offenses may result in immediate discharge.

**Section 3702:**

<u>Scope.</u> This policy shall apply to all County merit employees. Probationary, hourly, contractual and appointed employees are not covered under this grievance policy.

**Exhibit A**