

RICHARD D. FRITZ

STATEs ATTORNEY FOR ST. MARY's CouNTY

JOHN HANSON BRISCOE COURT HOUSE
41605 COURT HOUSE DR.
POST OFFICE BOX 1755
LEONARDTOWN, MARYLAND 20650-1755

301-475-7844 ext. 4500
FAX 301-475-4596

CIRCUIT COURT
DIVISION

July 15, 2019

Barbara Annette Smith
22165 Colton Point Road
Bushwood, MD 20618

SUBJ:   Emergency Suspension

Allegations suggesting your involvement in improperly providing confidential information from the States Attorney's Office have been received. These complaints are serious and may be credible and as a result, and per Section 3512 of the St. Mary's County Government Manual of Personnel Policies and Procedures, you are being placed on a paid suspension for the duration of the personnel investigation. If the allegations are unsupported you will be placed back on the schedule. If the allegations are supported disciplinary action in accordance with Section 3508 of the St. Mary's County Government Manual of Personnel Policies and Procedures will result.

You will be provided with opportunity to respond to the allegations during the personnel investigation.

I acknowledge receipt of this notice of my paid suspension effective Monday, July 15, 2019 until the completion of the personnel investigation.

_____     7/51;7
Barbara Annette Smith            Date

*[signature: Jaymi Sterling]*
Jaymi Sterling
Chief of Staff, States Attorney's

7/15/19
Date

*[signature]*
Witness (Buffy Giddens)   7/15/19
Chief of District Court   Date

cc: Official Personnel File

Exhibit B