## Catherine Pratson

**From:** David Weiskopf
**Sent:** Monday, August 19, 2019 10:51 AM
**To:** tgagliardo@gelawyer.com; jhill@gelawyer.com
**Cc:** Catherine Pratson; Jaymi Sterling
**Subject:** Barbara Annette Smith

Mr. Gagliardo and Mr. Hill,

I am in receipt of your August 16, 2019, representation letter to Ms. Sterling regarding a St. Mary's County Government employee, Barbara Annette Smith. Please direct any and all future communications regarding this matter to my attention. The current status of this matter is that Ms. Smith has been suspended with pay pending an investigation into alleged misconduct. It is currently an ongoing criminal investigation that I am not at liberty to divulge but hopefully will come to a conclusion soon. The personnel investigation will resume at that time and Ms. Smith will have an opportunity to participate.

Regards,

David A. Weiskopf
County Attorney
St. Mary's County Government
41770 Baldridge Street
Post Office Box 653
Leonardtown, Maryland 20650
301-475-4200, ext. 71703
FAX: 301-475-4660
www.co.saint-marys.md.us



This electronic message originates from the St. Mary's County Office of Law. The message and any file transmitted with it contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use. The information contained in this message and the file transmitted with it is transmitted in this form based on a reasonable expectation of privacy consistent with ABA Formal Opinion No. 477R (Revised May 22, 2017). Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

**Exhibit D**