# National Standard Incident
## Incident Report

Date Reported 07/19/2019 16:19
Case # 01-19-041402

| INCIDENT | | | | | |
|---|---|---|---|---|---|
| Case # | Date Reported | Occurred From | Occurred To | | Report Type |
| 01-19-041402 | 07/19/2019 16:19 | 05/30/2019 16:18 | 05/31/2019 12:19 | | Original |
| Dept. Classification | | Case Status | Case Status Date | | Cleared |
| OBSTRUCT AND HINDER | | UNFOUNDED | 09/03/2019 | | 07/19/2019 16:19 |

**Common Name**
SHERIFFS OFFICE - 23150 LEONARD HALL DR LEONARDTOWN, MD 20650 (ST MARYS County)

Day of Week : THURSDAY
Dispatched : 07/19/2019 16:18
Responded : 07/19/2019 16:18
Arrived : 07/19/2019 16:18
Map Reference : LEON2F1
Related Cases : 19-0310;01-19-026191[OFFN-Offense]
Photo Atttached to Case? : NO
Scene Processing : N/A EXPLAIN
Victim/Witness Pamphlet Given (Y/N) : N/A

Map Reference : LEON2F1
Location Type : OFFICE BUILDING
District : DISTRICT 2
Beat : BEAT F1
Sector : SECTOR F
Case Alcohol Related : N/A
Case Drug Related : N/A
Total Damaged Property Value : $0.00
Total Stolen Property Value : $0.00
Total Recovered Property Value : $0.00

## PERSON 1

| Person Type | Business/Person Name | | | | Business Phone |
|---|---|---|---|---|---|
| SUSPECT/ARRESTEE | Donna Louise Rustin | | | | |
| Home Phone | Person Address | | | | |
| [redacted] | [redacted] | | | | |
| Other Phone | Employer Address | | | | |
| [redacted] | 41880 Baldridge ST LEONARDTOWN, MD 20650 | | | | |
| Race | Sex | SSN | DL Exp. Date | | DL Number |
| WHITE | Female | | | | [redacted] |
| Birth Date | Birth Place | | | | |
| [redacted] | | | | | |

Age [redacted]
Occupation : Correctional Officer
DL State : MD
DL Country : UNITED STATES

Ethnic Origin : NON-HISPANIC
Adult/Juvenile : ADULT
Employer : ST MARYS COUNTY DETENTION CENTER
Body Marks:

End of Person: 1

## PERSON 2

| Person Type | Business/Person Name | | | | Business Phone |
|---|---|---|---|---|---|
| WITNESS | Alexander LEAH Murphy | | | | (000) 000-0000 |
| Home Phone | Person Address | | | | |
| [redacted] | [redacted] HARDEEVILLE, SC 29927 | | | | |
| Other Phone | Employer Address | | | | |
| Race | Sex | SSN | DL Exp. Date | | DL Number |
| WHITE | Male | [redacted] | | | [redacted] |
| Birth Date | Birth Place | | | | |
| [redacted] | | | | | |

Age : 24
Occupation : UNIV OF SC STUDENT
DL State : MD
DL Country : UNITED STATES
Ethnic Origin : NON-HISPANIC
Height : 6'02"

Weight : 225 lbs
Adult/Juvenile : ADULT
BI Number : 3096279
Hair Color : BROWN
Eye Color : HAZEL
Body Marks:

End of Person: 2

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt   (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow   (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

# National Standard Incident
## Incident Report

Date Reported 07/19/2019 16:19
Case # 01-19-041402

| | | | |
|---|---|---|---|
| **PERSON 3** | Person Type: SUSPECT/ARRESTEE | Business/Person Name: Barbara Annette SMITH | Business Phone: |
| | Home Phone: | Person Address: 22165 Coltons Point RD BUSHWOOD, MD 20618 | |
| | Other Phone: (240) 538-1338 | Employer Address: | |
| | Race: WHITE | Sex: Female | SSN: | DL Exp. Date: | DL Number: S530081067859 |
| | Birth Date: 11/08/1965 | Birth Place: | | |
| | Age: 53  DL State: MD  DL Country: UNITED STATES | | Ethnic Origin: NON-HISPANIC  Adult/Juvenile: ADULT  Body Marks: |

End of Person: 3

| | | | |
|---|---|---|---|
| **PERSON 4** | Person Type: WITNESS | Business/Person Name: Kristie Leigh Ardire | Business Phone: (301) 475-4200 - 2257 |
| | Home Phone: | Person Address: | |
| | Other Phone: | Employer Address: 41880 Baldridge ST LEONARDTOWN, MD 20650 | |
| | Race: WHITE | Sex: Female | SSN: | DL Exp. Date: | DL Number: |
| | Birth Date: [redacted] | Birth Place: | | |
| | Age: [redacted]  Occupation: Pre-Trial Services Supervisor  Ethnic Origin: NON-HISPANIC | | Adult/Juvenile: ADULT  Employer: ST MARYS COUNTY DETENTION CENTER  Body Marks: |

End of Person: 4

| | | | |
|---|---|---|---|
| **PERSON 5** | Person Type: WITNESS | Business/Person Name: Jacqueline Morales | Business Phone: |
| | Home Phone: | Person Address: | |
| | Other Phone: | Employer Address: 23110 Leonard Hall DR LEONARDTOWN, MD 20650 | |
| | Race: WHITE | Sex: Female | SSN: | DL Exp. Date: | DL Number: |
| | Birth Date: [redacted] | Birth Place: | | |
| | Age: [redacted]  Occupation: Legal Assistant  Ethnic Origin: UNKNOWN | | Adult/Juvenile: ADULT  Employer: States Attorneys Office  Body Marks: |

End of Person: 5

| | | | |
|---|---|---|---|
| **PERSON 6** | Person Type: WITNESS | Business/Person Name: Janice Kay Skafidas | Business Phone: |
| | Home Phone: | Person Address: | |
| | Other Phone: | Employer Address: 23110 Leonard Hall DR LEONARDTOWN, MD 20650 | |
| | Race: WHITE | Sex: Female | SSN: | DL Exp. Date: | DL Number: |
| | Birth Date: [redacted] | Birth Place: | | |
| | Age: [redacted]  Occupation: Legal Assistant | | Adult/Juvenile: ADULT  Employer: States Attorneys Office |

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

## Person 7

| Field | Value | Field | Value |
|---|---|---|---|
| Person Type | OTHER PERSON | Business/Person Name | Brigid ELIZABETH Jarboe |
| Home Phone | | Person Address | |
| Other Phone | | Employer Address | |
| Race | WHITE | Sex | Female |
| SSN | 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 | DL Exp. Date | |
| DL Number | | Birth Date | |
| Birth Place | | Business Phone | (000) 000-0000 |

Age:
Occupation : UNKNOWN
DL State : MD
DL Country : UNITED STATES
Ethnic Origin : NON-HISPANIC
Height : 5'07"
Weight : 180 lbs
Adult/Juvenile : ADULT
Body Marks:

End of Person: 7

## Person 8

| Field | Value | Field | Value |
|---|---|---|---|
| Person Type | WITNESS | Business/Person Name | Nickolas EUGENE Rustin |
| Home Phone | | Person Address | |
| Other Phone | | Employer Address | |
| Race | WHITE | Sex | Male |
| SSN | 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 | DL Exp. Date | |
| DL Number | | Birth Date | |
| Birth Place | | Business Phone | (000) 000-0000 |

Age:
DL State : MD
DL Country : UNITED STATES
Ethnic Origin : NON-HISPANIC
Height : 5'09"
Weight : 170 lbs
Adult/Juvenile : ADULT
Body Marks:

End of Person: 8

## Person 9

| Field | Value | Field | Value |
|---|---|---|---|
| Person Type | OTHER PERSON | Business/Person Name | Amber YVETTE Sanchez |
| Home Phone | | Person Address | |
| Other Phone | | Employer Address | |
| Race | WHITE | Sex | Female |
| SSN | | DL Exp. Date | |
| DL Number | | Birth Date | |
| Birth Place | | Business Phone | |

Age : 26
Occupation : COMPANION NURSES AND NANNIES
DL State : SC
Ethnic Origin : NON-HISPANIC
Height : 5'03"
Weight : 115 lbs
Adult/Juvenile : ADULT
Hair Color : BROWN
Eye Color : BROWN
Body Marks:

End of Person: 9

---

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

01-19-041402

**Exhibit E**

3   of 11

# National Standard Incident

## Incident Report

Date Reported 07/19/2019 16:19

Case # 01-19-041402

### PROPERTY 1

| Category | Property Type | Make | Model |
|---|---|---|---|
| EVIDENCE/SEIZED | COMPUTER PRINTOUTS | | |

| Serial # | Color | Description | Condition |
|---|---|---|---|
| | | OptiView Audit (Annette Smith) | |

UCR Type : MISCELLANEOUS
Value : $0.00
Recovered By : Sgt. C. Safford #125
Recovery Date and Time : 07/17/2019 12:34
Recovery Value : $0.00

End of Property: 1

### PROPERTY 2

| Category | Property Type | Make | Model |
|---|---|---|---|
| EVIDENCE/SEIZED | STATEMENTS | | |

| Serial # | Color | Description | Condition |
|---|---|---|---|
| | | Recorded Statement A. Murphy | |

UCR Type : MISCELLANEOUS
Quantity/Weight : 1
Value : $0.00
Rec. Officer : MERRITT, ROBERT C.
Recovery Location : Use Address from Incident Location Information
Recovered By : Sgt. R. Merritt #139
Recovery Date and Time : 07/23/2019 16:30
Recovery Value : $0.00

End of Property: 2

### NARRATIVE 1

Topic        ORIGINAL

On 7/5/19 I contacted Alexander Murphy at the St. Mary's County Detention and Rehabilitation Center (SMCDRC) to collect a DNA standard from him. After collecting his DNA, Murphy was asked if he wished to provide me with a statement reference his account of events involving an assault that occurred at Quade's Store. Murphy was escorted to the library where I activated my digital recorder. Murphy was read his Miranda Rights from my issued card, which he advised he understood each of his rights and agreed to provide a recorded statement without an attorney present. During the recorded statement Murphy told me his friend's mother who works for the Sheriff's Office had reviewed our police reports reference this investigation and provided him with details of the open and active investigation. Murphy refused to provide the name of the Sheriff's Office employee who provided him with the information however, after the recorded statement ended, he stated he only received information from the patrol officers' reports and not from Detective Vogt's reports. Murphy's statement was uploaded to OptiView under CCN# 26191-19. Review recorded statement for further details.

After receiving the above information, I contacted Sergeant Clayton Safford with the Office of Professional Responsibilities (OPR) and briefed him on Murphy's statement.

7/11/19:
I authored Search and Seizure Warrants 19-043 and 19-044 for cellular communication records associated with Murphy and his girlfriend Amber Sanchez. Both warrants were reviewed and signed by Judge David Densford.

7/19/19:
Captain Edward Willenborg contacted me and informed me I would be conducting this investigation reference hindering / obstruction of Det. Vogt's assault case 26191-19. Contact was made with Sgt. Safford and he provided me with a detailed brief of his investigation thus far. Sgt. Safford had an audit conducted reference any person electronically accessing / viewing Det. Vogt's supplemental report(s) written for assault 26191-19. Sgt. Safford reviewed the audit information and was able to establish

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

01-19-041402

Exhibit E

every person except Barbara Annette Smith with the State's Attorney's Office (SAO) District Court Division had justification to view the report(s). This conclusion was reached based on the following information. Alexander Murphy and Amber Sanchez were charged via the District Court Commissioner by Det. Vogt and their warrants were issued on May 28, 2019. Murphy and Sanchez were not arrested on the warrants until June 12, 2019 in South Carolina. The audit showed Smith accessed Det. Vogt's supplement(s) four times on May 31, 2019, twelve (12) days before Murphy and Sanchez arrests.

Sgt. Safford had a more detailed Six-Month OptiView audit conducted on Smith. This audit showed Smith not only viewed Det. Vogt's supplement report, she looked at every item in the OptiView Folder to include all the case photographs. There were ninety-five (95) views in Total for Folder # 10495310, which means she scrolled through (95) separate documents / photos within the OptiView Folder reference assault case 26191-19. Sgt. Safford compared this to the rest of Smith's OptiView history for the last six (6) months. He discovered the viewing time on 5/31/19 of the reports and photographs stored under assault case 26191-19 was double the amount of activity Smith had for any other case file she has ever accessed. The audit also showed Smith did not print any documents during the time she was viewing the casefile/documents, and this was the only case she accessed on 5/31/2019.

Sgt. Safford interviewed SAO personnel, to include Assistant States Attorney (ASA) Michael Kane. During these interviews Sgt. Safford learned Smith's primary job is handling bad check cases however, on occasion she will assist ASA Kane with his assigned cases by preparing a casefile for him. Mr. Kane informed Sgt. Safford he has not been assigned assault case 26191-19 and therefore Smith would have no reason to access and or view any reports or other documents related to assault 26191-19.

On 7/18/19 Alexander Murphy's attorney Hammad Matin contacted States Attorney (SA) Richard Fritz. Matin informed SA Fritz he spoke to his client about revealing the name of the Sheriff's Office employee who provided him the information contained in the police reports written for assault 26191-19 that he mentioned during my interview with him (Murphy) on 7/05/19. According to Matin, Murphy received the police report information from "Nick", who is Nickolas Eugene Rustin the son of St. Mary's County Sheriff's Office Correctional Officer Lieutenant Donna Rustin.

Sgt. Safford reviewed Amber Sanchez's AT&T cellular telephone records I provided to him. Sgt. Safford located a phone call placed from a phone belonging to a Bridget Jarboe ▇▇▇▇▇▇▇ to Amber Sanchez on 5/4/2019 at 2323 hours, the day of assault 26191-19. Two more phone calls were placed from Bridget Jarboe's phone to Amber; 5/5/2019 at 0110 hours where a call was forwarded to ▇▇▇▇▇▇ (phone belonging to a Sam Strouchler from Miami, FL) and 5/13/2019 at 1547 hours a call from Bridget Jarboe's cell phone to Amber Sanchez's cell phone. Sgt. Safford obtained a SMIC informational packet for Bridget Jarboe, which indicated Nickolas Eugene Rustin resides with Jarboe at her residence in Chaptico, MD. Sgt. Safford utilized Facebook to establish Bridget Jarboe and Nick Rustin are in a relationship.

Sgt. Safford also linked Nick Rustin using the Facebook name of "Nick Nitsur" to Alex Murphy as Friends on Facebook. Further Sgt. Safford located Donna Rustin's Facebook page, which is under the name Donna PooleRustin (Poole is Donna's maiden name).

After receiving the case review from Sgt. Safford, we examined Annette Smith's desk phone in her office. I checked her remaining call history on the phone and discovered the call history only contained calls (missed/outgoing/incoming) starting on 6/11/19.

Sgt. Safford and I spoke to ASA Buffy Giddens, who is the supervisor for the SAO District Court Division. ASA Giddens interviewed Annette Smith on 7/15/19 about her accessing reports written for assault investigation 26191-19. ASA Giddens advised Smith stated she reviews numerous reports in

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| **Supervising Officer** | | **Date/Time** |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| **Verifying Officer** | **Department** | **Date / Time** |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

OptiView for her job but denies reviewing reports written for assault 26191-19.

    Sgt. Safford and I contacted Kristie Ardire, who is a Sheriff's Office civilian employee assigned to the St. Mary's County Detention and Rehabilitation Center Community Services Unit, which Lt. Donna Rustin supervises. Ardire was interviewed and advised the following. She recalled Donna Rustin was very interested in Murphy and Kleeman's case. She also recalled Rustin commenting that Murphy was the cause of their (Murphy and Kleeman's) problems. The day of Murphy and Kleeman's video bail hearings conducted within the SMCDRC Rustin attended the hearings which was very unusual. She advised there were no circumstances occurring the day of the bail hearings, such as manpower issues requiring Rustin to attend the hearings. She confirmed Rustin is not issued an agency cell phone and she utilizes her personal iPhone, telephone number ▓▓▓▓▓▓▓▓ to communicate. She was asked if she was aware of any conversations Rustin had with Kleeman and or Murphy, or any inquiries into the police reports surrounding the case they were charged on. She was unaware of any conversations Rustin may have had with Kleeman and or Murphy and she could not recall Rustin inquiring about police reports. Ardire was asked if Rustin attended Amber Sanchez's bail review and she said Rustin did not.

    Sgt. Safford conducted further research into Donna Rustin's cellular telephone number and confirmed her personal cellular telephone number is ▓▓▓▓▓▓▓▓. Sgt. Safford also researched Donna Rustin's access to Sheriff's Office reports via OptiView and discovered not only does she not possess a user name and password to OptiView no one at the SMCDRC has OptiView access.

7/23/19:
    I contacted SAO employee Jacqueline Morales, who is assigned to the SAO District Court Division. Morales works at the front desk and part of her daily duties entail retrieving paperwork like warrants from the District Court Clerk's Office. Morales checked her calendar and confirmed she was working the week Murphy's arrest warrant was issued (May 28, 2019). She advised except for Monday which was a holiday for everyone within the office, she worked the entire week. She also advised there were no court proceedings scheduled for that week. Morales advised she along with Legal Assistant Janice Skafidas and two others, not including Annette Smith, attended an out of the area training all day Wednesday of that week. She was asked what the standard operating procedure was when she retrieved paperwork from the Clerk's Office each morning. She explained after she retrieves the paperwork, she checks the criminal warrants for last names and places the warrants on the desks of the criminal assistant assigned to handle cases based on the first letter of the defendant's last name. She added based on Kleeman and Murphy's last names their warrants were assigned to Janice Skafidas. She was asked if anyone other than her ever retrieves the paperwork from the clerk's office. She explained typically Wednesdays and Fridays are very busy in the mornings, so sometimes a criminal assistant like Janice would get the paperwork for her and she would disseminate it according to the last names however, there was no scheduled court proceedings that week, so there was no reason for anyone other than herself to get the paperwork. She was asked if Annette Smith had ever retrieved paperwork from the clerk's office and she could not recall there ever being a time she did. She was also asked if Annette asked her about the warrant for Murphy or obtained the warrant number and she said no. She had no other investigative information to offer.

    I contacted SAO Criminal Legal Assistant Janice Skafidas, also assigned to the District Court Division. Skafidas confirmed she received Murphy's warrant, at which time she started the standard file she is assigned to complete. She also confirmed Annette Smith never spoke to her and or inquired

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

Exhibit E

about Murphy and or Kleeman's warrants. She was asked if there was any reason for Annette to view the above warrants or review the report(s) associated with the warrants. She explained Annette sometimes assists ASA Kane with his cases however, at the time Annette accessed the reports Murphy and Kleeman had not been arrested, therefore no bail hearing had been set and Annette would have no reason to view the reports. She also confirmed except for Monday she worked the entire week Murphy's warrant was issued and received from the clerk's office. Additionally, she confirmed she attended the same training on Wednesday as Morales, thus leaving Murphy's warrant unattended in her office and accessible by Annette.

    Sgt. Safford and I met with Alexander Murphy and his attorney Hammad Matin at the Sheriff's Office. Murphy was interviewed about how he received information from police reports pertaining to the active criminal investigation involving the assault he was named as a suspect in, occurring at Quades Store on May 4, 2019. He advised just before returning to the dock beside Quades Store on May 4th he was drinking in Virginia with Nick Rustin, Nick Rustin's girlfriend Bridget Jarboe, and other people that were traveling on a boat with Rustin. While they were together Bridget exchanged cellular telephone numbers with his girlfriend Amber Sanchez. He believes the unanswered calls to Amber's cell phone from Bridget Jarboe's cell phone after the assault occurred at Quades Store were Rustin and Jarboe wanting to meet up again to continue drinking. Murphy explained he, Bryson Kleeman, and Nick Rustin grew up together and have been friends since childhood. He also alleges at the time of the assault his cell phone was broken and not connecting to his cellular network and would only connect via Wi-Fi. Because of his cell phone issue, he used Amber's cell phone until he returned to South Carolina and exchanged the broken phone for a new phone. He added that Verizon Wireless kept his broken phone and he lost all data contained on the phone.

    After the incident at Quades Store he traveled back to South Carolina with Sanchez. On Wednesday 5/8/19 he called Kleeman to obtain any information reference gossip being spread about the assault. Kleeman told him he had spoke to Nick Rustin about the incident. According to Kleeman, Nick's mother Donna Rustin reviewed the police report and provided Nick with the details contained within, which Nick provided to Kleeman. Kleeman proceeded to tell him to contact Nick Rustin directly for further details. Murphy stated he called Nick Rustin on his cell phone from his (Murphy's) cell phone. Nick told him his mother reviewed the police report(s) about the assault after she saw their (Kleeman and Murphy's) names. According to Nick his mother told him the victims were highly intoxicated, gave information about the injuries the victims sustained, and victims could not remember much about the assault. Murphy requested a photograph of the police report, which Nick denied and stated his mother could lose her job if she provided a copy of the report(s).

    Murphy was asked if he ever spoke to Donna Rustin directly in any way reference the assault at Quades Store, which he denies. He was also asked if he and or Bryson Kleeman had any contact with Donna Rustin during their incarceration at the SMCDRC. He has no knowledge of contact between Kleeman and Donna Rustin and he says he would not know who Donna Rustin was if he saw her.

    Murphy was questioned about Bryson Kleeman's connection to Donna Rustin. He says Kleeman was married to Haley Kleeman, whose maiden name was Poole. Haley's father is Kevin Poole the owner of Triton Metals and directly related to Donna Rustin. Further Bryson Kleeman and Nick Rustin used to work for Kevin Poole. He also explained that Bryson and Haley are still close even though they are divorced.

    Murphy provided a recorded statement summarizing the above information. Review recorded statement for further details. Murphy's statement was uploaded to OptiView.

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

Contact was made with Verizon Wireless and they confirmed they are currently and always have been the cellular provider for Donna Rustin's telephone ▬▬▬. I authored Search and Seizure Warrant 19-048 for Donna Rustin's Verizon Wireless cellular telephone records.

7/24/19:

Contact was made with Annette Smith at her residence and she was interviewed. She was presented with the audit information conducted reference her extended viewing of reports written for assault 26191-19. She was also informed I had confirmed she was working the day these ninety-five documents were viewed on her computer located in her office utilizing her OptiView username and password. I also briefed her on interviews conducted with her co-workers which revealed she had no reason to access those reports and or view them. Despite this abundance of information, she denies having any memory of viewing those documents however, she does not dispute the fact she had no reason to access and or view the documents. She was questioned about any connections to Bryson Kleeman and or Alex Murphy. She denied knowing these individuals or members of their families. This was an unusual response as she is a long-time resident of the 7th District and the Murphy's are a very well-known family from the area. She was questioned about her relationship with Melanie Poole. She claims they are friends however, she states the last time she spoke to her was at a Halloween party at the Optimist Club last year and she does not even have Melanie Poole's telephone number. During my contact with Annette I took note her home was located relatively close to Quades Store, so I asked her if she heard about the assault and viewed the files out of curiosity, which she denied. Before ending contact with Annette, I collected her contact information again, at which time she confirmed her cellular telephone number is (240) 538-1338. She also confirmed she possessed this cell phone number for the timeframe this investigation encompasses.

After completing my interview with Annette, I contacted Verizon Wireless and they confirmed they are and have been the cellular provider for (240) 538-1338 since 2017. I authored search and seizure warrant 19-056 for Smith's cellular records.

I contacted Donna Rustin at the Sheriff's Office and informed her of my investigation. After informing her of the investigation, I asked her if she was willing to answer questions and or provide a statement. She declined and advised her attorney advised her not to answer any questions and or make any statements without him present.

7/31/19:

I received the cellular records from Verizon for ▬▬▬ Murphy's Cell Phone). These records were placed on a USB drive and stored in the Sheriff's Office Property as evidence under 26191-19, which is the case search and seizure warrant 19-043 was written for. A copy of these records was also provided to Sgt. Safford and CID Analyst Elaine Beall-Winder for analysis.

After serving Verizon with search and seizure warrant 19-048 (Donna Rustin's cell records) I was notified of a cloud storage account linked to the cellular account. Per Verizon the cloud storage company is Synchronoss Technologies located in Bridgewater New Jersey. Contact was made with this company and they directed me to send them a preservation letter, at which time they could review the account to verify any content exists before I authored a search and seizure warrant. I complied with their request and the company reviewed the account and found no data was currently stored by their company.

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt  (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow  (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

01-19-041402

Exhibit E
8    of 11

8/8/19:
I received the requested cellular records; reference search and seizure warrant 19-056 (Annette Smith's cell number) for telephone number (240) 538-1338. The records were placed on a USB drive and dropped in the property drop box. A copy of these records was provided to Sgt. Safford and Analyst Elaine Beall-Windsor for analysis.

8/20/19:
Analyst Elaine Beall-Windsor completed her analysis of Alex Murphy, Donna Rustin, Annette Smith and Amber Sanchez's cell phone records and provided me with the attached reports. She was unable to establish any direct communications between Alex Murphy, Annette Smith and or Donna Rustin. She was also unable to locate any direct communications between Bryson Kleeman, Annette Smith and or Donna Rustin. Her analysis did not reveal any evidence of a crime against Annette Smith and or Donna Rustin. Alex Murphy's records were checked specifically for communications between him and Kleeman on Wednesday May 8th when he states he spoke to Kleeman and learned Donna Rustin provided her son Nick with details of the active investigation, which he provided to Kleeman. Murphy's records were also checked for any communications with Nick for Wednesday May 8th, which is the day Murphy alleges he spoke to Nick after Kleeman and Nick provided him with details of the investigation he (Nick) obtained from his mother. Her analysis of Sanchez's records showed communication between Sanchez and Nick Rustin's girlfriend Brigid Jarboe on May 4th and a call with Bryson Kleeman on May 6th. There were no other communications with Jarboe and Kleeman. Further there were no communications to Nick Rustin's cell

I called Brigid Jarboe on her cell phone after I was unable to contact Nick Rustin. She confirmed Nick's cell number as                    She also was questioned about her knowledge of the assault that occurred at Quades Store and any communications between herself and or Nick with Sanchez, Murphy and or Kleeman. She stated she and Nick distanced themselves from that situation after they learned it occurred because they both have good jobs and a situation like that could jeopardize their employment. She had no communications with any of the involved parties' days after the incident, except for seeing Kleeman at an event with their children present. She claims they never discussed the incident and to her knowledge Nick also has not discussed the incident with any of the involved parties. She did state that Nick does not tell her all his business. She was asked if Donna Rustin has ever discussed the incident with her or to her knowledge discussed the incident with any of the involved parties. She denied having any knowledge of Donna discussing the incident and claims none of the parties would know how to contact Donna. She was provided with my contact information and I requested she provide my information to Nick and request he contact me.

8/21/19:
After securing for the day I received a telephone call from Nick on my agency cell phone. During the brief conversation with Nick, I attempted to schedule an interview and he made it very clear he did not desire physical contact for an interview to be conducted. At the time of the call was not able to conduct an interview, so he told me I could call him any day of the week at approximately 1115 hours when he takes his lunch breaks.

8/23/19:
Contact was made with Nick via his cell phone. He was interviewed and claims he only spoke to Murphy about the assault the day after the assault occurred. This conversation only occurred over the phone and was prompted by Nick receiving numerous calls by various people advising information that

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

0-1-1-9-0-4-1-4-0-2

Exhibit E
9   of 11

he (Nick) may have been involved in the assault. He claims he had no additional contact with Murphy. He advised he was good friends with Bryson Kleeman however, since this incident occurred, he has had very limited contact with Kleeman. He was asked about any contact / calls he and or his girlfriend Brigid Jarboe may have had with Amber Sanchez. He states he and Jarboe only met Sanchez the day the assault at Quades Store occurred and Jarboe and Sanchez exchanged telephone numbers. He denies any knowledge regarding any calls between the two of them. He was asked directly if he received information about the active police investigation involving the assault from his mother and if she accessed any of the police reports. He stated they have discussed the incident however, she has never provided him with information about the investigation and to his knowledge she has not accessed any of the reports. He was told about Murphy's statement claiming Kleeman told him he received information about the investigation from him, by way of his mother and Murphy's claim he called him directly for the same information. He advised both statements were false. During our conversation he told me Kleeman had contacted him today and informed him his mother had been fired from the Sheriff's Office. I asked him where he thought Kleeman was getting his false information from and he claimed he had no idea. I also asked him if he knew Annette Smith or was friends with anyone else from the State Attorneys Office. He denied knowing Annette Smith and says he is not friends with anyone at the SAO.

8/29/19:
I requested all email correspondence from Donna Rustin and Annette Smith from their county email servers from May 4th through the end of July. I received emaile records for Donna Rustin starting on May 6th and ending on July 20th. I received email records for Annette Smith starting on May 8th and ending on July 12th. These records were provided to Analyst Elaine Beall-Windsor. She reviewed the records and did not locate any correspondence of value. These records were placed on a USB drive and stored in property held.

Contact was made with Shawn Owens, who is Donna Rustin's attorney. I informed Mr. Owens of my investigation and requested an interview with Rustin. Mr. Owens stated he would be willing to allow Rustin to answer questions and provide a statement if there was guaranteed immunity against any criminal proceedings and internal proceedings for any statement she makes.

After speaking to Mr. Owens, I contacted SA Fritz and briefed him on my conversation with Mr. Owens. SA Fritz advised he would only be willing to offer immunity against criminal prosecution if Rustin could provide evidence Annette Smith leaked information about assault 26191-19.

I called Mr. Owens and briefed him on my conversations with SA Fritz. Mr. Owens stated he would contact Rustin and discuss the issue with her.

8/30/19:
Mr. Owens contacted me and advised based on his conversation with Rustin, she is unable to provide any evidence against Annette Smith, therefore Rustin would not be available for questioning.

Summary:
Based on all recovered cellular telephone records I am unable to corroborate Murphy's alleged communications with Bryson Kleeman and Nick Rustin, during which he claims to have received direct information about the active Sheriff's Office investigation from Nick by way of his mother Donna Rustin. Also, I have been unable to establish any direct connection between Annette Smith, Donna Rustin, Nick

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt  (139) | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer | | Date/Time |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| Verifying Officer | Department | Date / Time |
| Lt. Russ Trow  (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

| | |
|---|---|
| National Standard Incident | Date Reported 07/19/2019 16:19 |
| Incident Report | Case # 01-19-041402 |

| | |
|---|---|
| | Rustin, Alex Murphy and Bryson Kleeman. All interviews conducted have also not yielded any evidence Donna Rustin and or Annette Smith provided information about the active investigation to members of the public and or the suspects. Although this investigation has show Annette Smith had no reason to access and view the reports written for the assault at Quades Store, I have been unable to prove any crime was committed by Annette Smith and or Donna Rustin.<br><br>This case is closed unfounded. A total of approximately 40 hours was spent on my portion of this investigation. |
| | End of Narrative: 1 |

| Reporting Officer | Department | Report Status: |
|---|---|---|
| SGT Robert C. Merritt  (139) | ST MARYS SHERIFF S OFFICE | Approved |
| **Supervising Officer** | | **Date/Time** |
| HEDDERICH, THOMAS A. | | 09/03/2019 10:44 |
| **Verifying Officer** | **Department** | **Date / Time** |
| Lt. Russ Trow  (90) | ST MARYS SHERIFF S OFFICE | 09/04/2019 09:29 |

01-19-041402

**Exhibit E**