

Timothy K. Cameron
Sheriff

# Office of the Sheriff
St. Mary's County, Maryland

Headquarters
23150 Leonard Hall Drive
Leonardtown, MD 20650
301-475-4200 Ext. 1900
301-475-4047 Fax

Detention Center
41880 Baldridge Street – P.O. Box 960
Leonardtown, MD 20650
301-475-4200 Ext. 3200
301-475-4095 Fax



An Internationally
Accredited Agency

August 5, 2019

Mr. Richard Fritz, State's Attorney
Office of the State's Attorney
Post Office Box 1755
Leonardtown, MD 20650

RE: Permanent Denial of Access to Sheriff's Office Records –
Employee Barbara Annette Smith

Dear Mr. Fritz,

Please accept this correspondence as our official notice for the denial of your employee, Barbara Annette Smith, to access any records of the St. Mary's County Sheriff's Office.

You are aware of a current administrative/criminal investigation wherein overwhelming evidence supports the allegation of Ms. Smith accessing criminal investigation records for which she had no authorization or approval.

This is an unfortunate incident, however, the Office of the Sheriff cannot tolerate such behavior which compromises our integrity and public safety.

The Sheriff's Office is committed to working with the State's Attorney's Office in all endeavors. Should you have any further questions, please feel free to contact me.

Sincerely,

Michael R. Merican
Major
Assistant Sheriff
St. Mary's County, Maryland

**Exhibit F**