ANNETTE SMITH
P.O.. Box 1511
Leonardtown, MD 20650
Annette53smith@gmail.com

October 25, 2019

Catherine Conlon, Office Manager
Buffy Giddens, Chief of District Court
Jaymi Sterling, Chief of Staff Office of State's Attorney, for Richard Fritz, State's Attorney
Richard D. Fritz, State's Attorney

This letter is to advise I am filing a Grievance and Appeal set forth in Chapter 37 Section 3705 regarding my termination effective October 16, 2019. I received this letter on October 12, 2019 by certified mail.

The reason for my termination was refusal to speak with Chief of Staff Jaymi Sterling on Friday July 12, 2019. "Insubordination to Supervisor, refusal to perform supervisor's assignments or direction, abusive or threatening language at any county supervisor, employee, official, or member of the public"

Theft, lying, omissions, misrepresentations, falsifications of County records are all prohibited behaviors. You state that you did not access the Alex Murphy case file. It evidence shows that the case file was accessed from your personal computer, in your office using your user name and password from 13:17 to 13:58 on the afternoon of May 31, 2019.

You state that your network user name and password was posted on your computer monitor. The St .Mary's County Government It use and Security Policy states; "Users must be responsible for all activity with their personal user ID's. They must not permit others to perform any activity with their user ID's.

I hereby request that I be reinstated immediately with back pay and that I be made whole with all of my benefits.

I will be represented in this Grievance and Appeal process by Tom Gagliardo, Esquire @ Gilbert Employment Law. (tgagliardo@gelawyer.com)

*Annette Smith*

Barbara Annette Smith

**Exhibit H**